UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATALIA NUNEZ,

    Plaintiff,

v.                                        Case No.: 6:21-cv-01705

TERMINAL GETAWAY SPA ORLANDO JV, LLC,
TERMINAL GETAWAY SPA ORLANDO, INC.,
TERMINAL GETAWAY SPA TAMPA, LLC,
TERMINAL GETAWAY SPA, INC.

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

    Defendants, TERMINAL GETAWAY SPA ORLANDO JV, LLC, TERMINAL GETAWAY SPA ORLANDO, INC., TERMINAL GETAWAY SPA TAMPA, LLC, and TERMINAL GETAWAY SPA, INC., by and through their undersigned counsel, hereby notifies the Court that the parties to this action have reached a settlement of this matter and are in the process of preparing and finalizing the necessary settlement documents.

                                                          s/ Justin W. McConnell
                                                          Jeffrey E. Mandel, Esq.
                                                          Florida Bar No.: 613126
                                                          Email: jmandel@fisherphillips.com
                                                          Justin W. McConnell, Esq.
                                                          Florida Bar No.: 112631
                                                          Email: jmcconnell@fisherphillips.com
                                                          FISHER & PHILLIPS LLP
                                                          200 South Orange Avenue, Suite 1100
                                                          Orlando, FL 32801
                                                          Telephone: (407) 541-0888

FP 45264917.1

Facsimile: (407) 541-0887
Counsel for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Justin W. McConnell
Justin W. McConnell